The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDUL KARIM HARES,<br>Defendant. | CASE NO. CR26-179 JLR<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL, SET CHANGE OF PLEA AND SENTENCING HEARINGS, AND ORDER PREPARATION OF PSR |

Before the Court is the parties' Joint Motion to Continue Trial, Set Change of Plea and Sentencing Hearings, and Order Preparation of a PSR. Trial is currently scheduled for December 7, 2026, but the parties anticipate that trial will be unnecessary because Defendant intends to plead guilty. Defendant wishes to plead guilty and be sentenced on the same day.

Having thoroughly considered the briefing and the relevant record, the Court FINDS that:

(a) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(b) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interest of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

The Court GRANTS the parties' motion and ORDERS the following:

1. Trial in this matter shall be continued to March 1, 2027;
2. A change-of-plea hearing shall be set for January 19, 2027, at 11:00 a.m. before a magistrate judge;
3. A sentencing hearing shall be set for January 19, 2027, at 1:30 p.m. before this Court;
4. The period for objecting to the magistrate's report and recommendation regarding acceptance of Defendant's guilty plea shall be waived;
5. The Probation Office shall prepare a presentence investigation report; and
6. The period of delay from the date of this order up to and including the new trial date of March 1, 2027, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated this 5th day of November, 2026.

HON. JAMES L. ROBART
United States District Judge

Presented by:

*/s Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970